UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KINGVISION PAY-PER-VIEW LTD.,
as Broadcast Licensee of the NOVEMBER 13,
2004 RUIZ/GOLOTA Program,

                Plaintiff,

- against -

RIGOBERTO NUNEZ, Individually and
d/b/a MONUMENTO RESTAURANT
a/k/a EL MONUMENTO a/k/a MONUMENTO DE
SANTIAGO RESTAURANT a/k/a MONUMENT
DE SANTIAGO, and MONUMENTO
RESTAURANT a/k/a EL MONUMENTO a/k/a
MONUMENTO DE SANTIAGO RESTAURANT
a/k/a MONUMENT DE SANTIAGO;

                Defendants.

------------------------------------------------------------X

REFERRAL TO
MAGISTRATE JUDGE

05 CV 2931 (ARR)

ROSS, U.S.D.J.:

Plaintiff's motion for entry of default judgment against defendants Rigoberto Nunez, individually and d/b/a Monumento Restaurant a/k/a El Monumento a/k/a Monumento De Santiago Restaurant a/k/a Monument De Santiago and Monumento Restaurant a/k/a El Monumento a/k/a Monumento De Santiago Restaurant a/k/a Monument De Santiago is respectfully referred to Judge Go to conduct a damages inquest and issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

1

SO ORDERED:

Dated: Brooklyn, New York
       November 22, 2005

                                                    _____
                                                    Allyne R. Ross
                                                    United States District Judge

Mailing List

Julie Cohen Lonstein, Esq.
Lonstein Law Office
1 Terrace Hill
P.O. Box 351
Lonstein Professional Building
Ellenville, NY 12428


Rigoberto Nunez
200 Cleveland Street
Brooklyn, NY 11208-1017


Monument De Santiago
3019 Atlantic Avenue
Brooklyn, NY 11208


Magistrate Judge Go